| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>808428<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for SELECT PORTFOLIO SERVICING INC.,<br>AS SERVICER FOR NEW YORK COMMUNITY BANK | **Order Filed on September 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   JOHN KOSTER<br><br>   Debtor(s) | Case No.: 17-30537 - KCF<br><br>Hearing Date: 09/12/2018 @9:00AM<br><br>Judge: KATHRYN C. FERGUSON<br><br>Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

**ORDER VACATING STAY PURSUANT TO 11 U.S.C. §362(D)(4), GRANTING MOVANT CITIMORTGAGE, INC. IN REM RELIEF FROM THE AUTOMATIC STAY TO PREVENT FUTURE BANKRUPTCY FILINGS BY THE DEBTOR**

___  The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 17, 2018**

*[signature]*

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan Diamond & Jones, PC, attorneys for SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR NEW YORK COMMUNITY BANK, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

AND NOW, it appearing to the Court that the requisite conditions for the issuance of such an Order exists, the Court hereby confirms via this Order, that In Rem Relief is granted to SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR NEW YORK COMMUNITY BANK so that it may proceed with its State Court Remedies on the following real property:

☒ Real Property more fully described as:

        85 MILL POND ROAD, WASHINGTON TOWNSHIP, NJ 07882

**ORDERED** that the Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code is modified with respect to premises 85 MILL POND ROAD, WASHINGTON TOWNSHIP, NJ 07882, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assigns, to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; said actions include but are not limited to its State Court Rights and eviction proceedings; and it is further

☐ Personal property more fully described as:

        85 MILL POND ROAD, WASHINGTON TOWNSHIP, NJ 07882

**ORDERED**, that future bankruptcy cases filed by the Debtor JOHN KOSTER, their successors or assigns, or any occupants, will <u>not</u> stay any actions taken by Movant, its successors, assigns, or any other purchaser or entity from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises; and it is further

**ORDERED**, that the Movant may join the Debtor and any trustee appointed in this case as defendants in its actions irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is further

**ORDERED** that the Office of the Clerk of WARREN County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for by §362(d)(4).

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*