UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Aleisha C. Jennings 049302015

**Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**John Koster,**

    **Debtor.**

Case No.: 17-30537-MBK

Chapter: 13

Hearing Date: October 1, 2019

Judge: Michael B. Kaplan

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER GRANTING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(D)(4) and CO-DEBTOR STAY PURSUANT TO 11 U.S.C. § 1301 (c)**

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: October 3, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page **2**
Debtors: **John Koster**
Case No.: **17-30537-MBK**
Caption of Order: **Order Vacating Stay**

---

Upon the motion of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, ("Secured Creditor") under Bankruptcy Code section 362(d) (4)and 11 U.S.C. § 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

17 Cleveland Avenue, East Brunswick, New Jersey 08816

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that no future bankruptcy case filed by Debtor, his successor assigns, occupants or transferees, will not stay any action taken by Movant, its successors, assigns or any other entity from proceedings with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises for a period of two (2) years from the entry of this Order.

Page **3**
Debtors: **John Koster**
Case No.: **17-30537-MBK**
Caption of Order: **Order Vacating Stay**

---

Secured Creditor shall serve this Order on the Debtors, any trustee, and any other party who entered an appearance on the motion.