UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Aleisha C. Jennings 049302015

**Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**John Koster,**

      **Debtor.**

Case No.:     17-30537-MBK

Chapter:     13

Hearing Date: October 1, 2019

Judge:     Michael B. Kaplan

| Recommended Local Form: | ☑ Followed | ❑ Modified |
| --- | --- | --- |

## ORDER GRANTING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(D)(4) and CO-DEBTOR STAY PURSUANT TO 11 U.S.C. § 1301 (c)

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: October 3, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **2**
Debtors:      **John Koster**
Case No.:     **17-30537-MBK**
Caption of Order:   **Order Vacating Stay**

Upon the motion of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, ("Secured Creditor") under Bankruptcy Code section 362(d) (4)and 11 U.S.C. § 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

17 Cleveland Avenue, East Brunswick, New Jersey 08816

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that no future bankruptcy case filed by Debtor, his successor assigns, occupants or transferees, will not stay any action taken by Movant, its successors, assigns or any other entity from proceedings with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises for a period of two (2) years from the entry of this Order.

Page **3**

Debtors:       **John Koster**

Case No.:      **17-30537-MBK**

Caption of Order:   **Order Vacating Stay**

---

Secured Creditor shall serve this Order on the Debtors, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-30537-MBK
John Koster                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Oct 04, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db            +John Koster,    20 Fox Borough Road,    Wayne, NJ 07470-8443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           ajennings@rasflaw.com
          Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Brian C. Nicholas    on behalf of Creditor   NEW YORK COMMUNITY BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Craig Scott Keiser    on behalf of Creditor   SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR NEW
           YORK COMMUNITY BANK craig.keiser@law.njoag.gov
          Craig Scott Keiser    on behalf of Creditor   RMBS REO HOLDINGS, LLC craig.keiser@law.njoag.gov
          Kevin M. Buttery    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Robert C. Nisenson    on behalf of Debtor John  Koster rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 12