Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–30537–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Koster
   20 Fox Borough Road
   Wayne, NJ 07470

Social Security No.:
   xxx–xx–2904

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 2, 2018.

On March 2, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         April 8, 2020
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 5, 2020
JAN: pbf

                                                     Jeanne Naughton
                                                     Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 17-30537-MBK
John Koster                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2           Date Rcvd: Mar 05, 2020
                            Form ID: 185         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db             +John Koster,    20 Fox Borough Road,    Wayne, NJ 07470-8443
cr             +RMBS REO HOLDINGS, LLC,    Phelan Hallinan &Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR N,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
517258053       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517240660       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517113841      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517113845      +Citi,   Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
518004948      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518004949      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517113847      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517136663      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517113848      +Usaa Federal Savings Bank,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
517651644       Washington Animal Hospital,    C/O Collexx, Inc,    Long Valley, NJ 07853
517113849      +Wells Fargo,   PO Box 10335,    Des Moines, IA 50306-0335
517113850       Wells Fargo Home Mor,    Written Correspondence Resolutions,    Mac#2302-04e  Pob 10335,
                 Des Moines, IA 50306
517131942      +Wilmington Savings Fund Society,    Christopher K. Baxter,    Wellington Ctr.,
                 14643 Dallas Pkwy., Ste. 750,    Dallas TX 75254-8884
517113851      +Xls/cit Educ Loan Trus,    1 Cit Dr,    Livingston, NJ 07039-5703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 01:45:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 01:45:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517113846       E-mail/Text: bankruptcy@mynycb.com Mar 06 2020 01:43:59      New York Community Ban,
                 1801 E 9th St Ste 200,    Cleveland, OH 44114
517221084      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2020 02:03:54       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517308111      +E-mail/Text: bkteam@selenefinance.com Mar 06 2020 01:44:25
                 Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
                                                                                                TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517113842*     +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517113843*     +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
518034296*     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517113844     ##+Armor Systems Co,    1700 Kiefer Dr,    Ste 1,    Zion, IL 60099-5105
                                                                                              TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                Page 2 of 2                  Date Rcvd: Mar 05, 2020
                                  Form ID: 185               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:

```
              Albert     Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert     Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               ajennings@rasflaw.com
              Andrew M. Lubin     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkecf@milsteadlaw.com,     alubin@milsteadlaw.com
              Brian C. Nicholas     on behalf of Creditor    NEW YORK COMMUNITY BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Craig Scott Keiser     on behalf of Creditor    SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR NEW
               YORK COMMUNITY BANK craig.keiser@law.njoag.gov
              Craig Scott Keiser     on behalf of Creditor    RMBS REO HOLDINGS, LLC craig.keiser@law.njoag.gov
              Kevin M. Buttery     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkyefile@rasflaw.com
              Laura M. Egerman     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Robert C. Nisenson     on behalf of Debtor John    Koster r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Sindi    Mncina     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```