Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−30537−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John Koster
    20 Fox Borough Road
    Wayne, NJ 07470

Social Security No.:
    xxx−xx−2904

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/14/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 15, 2020
JAN: kmm

                                            Jeanne Naughton
                                            Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-30537-MBK
John Koster                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3        User: admin              Page 1 of 2          Date Rcvd: Apr 15, 2020
                            Form ID: 148             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db             +John Koster,    20 Fox Borough Road,    Wayne, NJ 07470-8443
cr             +RMBS REO HOLDINGS, LLC,    Phelan Hallinan &Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR N,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
518004948      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518004949      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517113847      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,   Po Box 636005,    Littleton, CO 80163-6005
517136663      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517651644       Washington Animal Hospital,    C/O Collexx, Inc,    Long Valley, NJ 07853
517113850       Wells Fargo Home Mor,    Written Correspondence Resolutions,    Mac#2302-04e Pob 10335,
                 Des Moines, IA 50306
517131942      +Wilmington Savings Fund Society,    Christopher K. Baxter,    Wellington Ctr.,
                 14643 Dallas Pkwy., Ste. 750,    Dallas TX 75254-8884
517113851      +Xls/cit Educ Loan Trus,    1 Cit Dr,    Livingston, NJ 07039-5703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 23:12:14     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 23:12:13     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517258053       EDI: BECKLEE.COM Apr 16 2020 02:48:00     American Express Bank, FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517240660       EDI: BECKLEE.COM Apr 16 2020 02:48:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
517113841      +EDI: AMEREXPR.COM Apr 16 2020 02:48:00     Amex,   Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
517113845      +EDI: CITICORP.COM Apr 16 2020 02:48:00     Citi,   Citicorp Cr Srvs/Centralized Bankruptcy,
                 Po Box 790040,   S Louis, MO 63179-0040
517113846       E-mail/Text: bankruptcy@mynycb.com Apr 15 2020 23:09:49     New York Community Ban,
                 1801 E 9th St Ste 200,    Cleveland, OH 44114
517113848      +EDI: USAA.COM Apr 16 2020 02:48:00     Usaa Federal Savings Bank,   10750 Mcdermott Freeway,
                 San Antonio, TX 78288-1600
517221084      +EDI: AIS.COM Apr 16 2020 02:48:00     Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517113849      +EDI: WFFC.COM Apr 16 2020 02:48:00     Wells Fargo,   PO Box 10335,    Des Moines, IA 50306-0335
517308111      +E-mail/Text: bkteam@selenefinance.com Apr 15 2020 23:11:46
                 Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517113842*     +Amex,   Correspondence,   Po Box 981540,    El Paso, TX 79998-1540
517113843*     +Amex,   Correspondence,   Po Box 981540,    El Paso, TX 79998-1540
518034296*     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517113844     ##+Armor Systems Co,    1700 Kiefer Dr,   Ste 1,   Zion, IL 60099-5105
                                                                                        TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 15, 2020
                              Form ID: 148             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               ajennings@rasflaw.com
              Andrew M. Lubin     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    NEW YORK COMMUNITY BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Craig Scott Keiser    on behalf of Creditor    SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR NEW
               YORK COMMUNITY BANK craig.keiser@law.njoag.gov
              Craig Scott Keiser    on behalf of Creditor    RMBS REO HOLDINGS, LLC craig.keiser@law.njoag.gov
              Kevin M. Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Robert C. Nisenson     on behalf of Debtor John  Koster r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Sindi  Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```